377 A.2d 985

Commonwealth v. Hogue, Appellant.

Argued June 21, 1977.   John A. Boccabella, for appellant;   Charles A. Haddad, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.